IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Matthew Bein et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Islamic Republic of Iran, <br><br> *Defendant*. | Civil Action No. 1:21-cv-2160 (JMC) |

### Motion to Modify Plaintiff Groups

Plaintiffs respectfully request leave to modify the group of plaintiffs who will move for default judgment on January 31, 2025.

Undersigned counsel took over the case in August 2024. *See* ECF 20, at 1. On September 18, 2024, Plaintiffs proposed dividing themselves into two groups based on the undersigned counsel's initial evaluation of which plaintiffs could likely prove they or their family members were injured in terrorist attacks that caused at least one person's death. *See* ECF 22. Plaintiffs proposed that 11 plaintiffs[1] who could prove the attacks that injured them caused at least one person's death ("Group 1") would move for default judgment on January 31, 2025, and that the remaining 11 plaintiffs'[2] claims ("Group 2") should be held in abeyance pending the resolution of appellate proceedings in *Borochov v. Islamic Republic of Iran*, No. 24-277 (U.S.).

Pursuant to this Court's September 24, 2024 minute order, plaintiffs have been preparing to move for default judgment. After further investigation, undersigned counsel now believes that

---

[1] Richard Clem, Patricia Clem, Jordan Deuley, Justin Deuley, Michelle Deuley, Kathy Gibson, William Gibson, Angela Jaeger, Ryan Kringle, Preston Perkins, and Aaron Polster. Richard Clem and Patricia Clem have since noticed their voluntarily dismissal. *See* ECF 26.
[2] Trent Brining, Leo Buehler, Rebekah Buehler, Rhonda Comstock, Barbara Erickson, Daniel Erickson, Cedric Grier, Donald Hughes, Jay Murray, Everett Patton, and Mark Shinn.

one Group 1 plaintiff (Aaron Polster) will not be able to prove that he was injured in an attack that resulted in at least one person's death. Further investigation has also revealed that one Group 2 plaintiff (Jay Murray) will be able to prove he was injured in an attack that resulted in at least one person's death.

     Accordingly, plaintiffs respectfully request that Aaron Polster be moved into Group 2—i.e., that his January 31 deadline to move for default judgment be vacated and his claim be held in abeyance—and that Jay Murray be moved into Group 1—i.e. that this Court set the deadline for him to move for default judgment as January 31, 2025.

Dated: January 17, 2025

Respectfully submitted,

/s/     *Matthew McGill*
Matthew McGill (D.C. Bar #481430)
mmcgill@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

s/     *Craig W. Carlson*
Craig W. Carlson (D.C. Bar No. TX0182)
THE CARLSON LAW FIRM, PC
100 East Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
Facsimile: (254) 526-8204
ccarlson@carlsonattorneys.com

*Attorneys for Plaintiffs*